IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CEDAR CREST PROFESSIONAL PARK VII LP, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 17-1571 |
| v. | : | |
| BOSSELLI ITALY LLC, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 21st day of October, 2019, after a non-jury trial on May 9, 2019; and after considering the parties' post-trial submissions (Doc. Nos. 81-83) and the arguments presented by counsel to the undersigned on October 17, 2019; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The confessed judgment entered in the Court of Common Pleas of Lehigh County on March 9, 2017, against Bosselli Italy, in the amount of $18,981,011.70 is **VACATED**;

2. Judgment in this matter is **ENTERED** in favor of the defendant, Bosselli Italy LLC, and against the plaintiff, Cedar Crest Professional Park VII LP; and

3. The clerk of court shall mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.